In the Matter of JACOB B. LINDNER, to Determine and Fix His Attorney's Lien in the Action of SAMUEL MARGULES, Plaintiff, v. SARATOGA PLUMBING & HEATING Co., INC., Defendants. SAMUEL MARGULES, Appellant; JACOB B. LINDNER, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

In the Matter of the Application of CLINTON S. LUTKINS, Respondent, for an Order of Mandamus against ROBERT CHAPMAN COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

In the Matter of the Application of DOROTHY ROSENGARTEN, Appellant, Respondent, for a Mandamus Order against HALSEY B. KNAPP, Individually and as Director of the State Institute of Applied Agriculture on Long Island, Respondent, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

In the Matter of the Judicial Settlement of the Account of PRESTON P. SATTERWHITE and CITY BANK FARMERS TRUST COMPANY (Formerly Known as THE FARMERS' LOAN AND TRUST COMPANY), as Executors of FLORENCE C. SATTERWHITE, Deceased, and of the Application for a Construction of Said Will. WILLIAM GOULD BROKAW, Appellant; PRESTON P. SATTERWHITE and CITY BANK FARMERS TRUST COMPANY, as Executors, etc., of FLORENCE C. SATTERWHITE, Deceased, and JEREMIAH WOOD, as Special Guardian for LILLA B. RENSHAW and Others, Infants, etc., Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

In the Matter of CHARLES W. STEVENS, an Attorney.— Matter referred to Hon. Albert H. F. Seeger, of Newburgh, N. Y., to hear and to report with his opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

LEON JAMES, Appellant, v. ERNEST ESPOSITO, Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

AUGUST KIRSCHMANN, Respondent, v. WILLIAM V. DWYER and AGNES DWYER, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

GENARO LAFREDO, Respondent, v. BUSH TERMINAL COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty and Tompkins, JJ.; Carswell, J., not voting.